RUARK v. FITHEN *et al.*

No. 7543.   Opinion Filed May 16, 1916.

(157 Pac. 898.)

**APPEAL AND ERROR—Briefs—Failure to File—Reversal.** Where plaintiff in error has completed his record and filed it in this court and has served and filed a brief in compliance with the rules of this court, and the defendant in error has neither filed a brief nor offered any excuse for such failure, this court is not required to search the record to find some theory upon which the judgment may be affirmed; and where the brief filed appears reasonably to sustain the assignments of error, the court may reverse the judgment in accordance with the prayer of the plaintiff in error or the rights of the parties.

(Syllabus by Hooker, C.)

*Error from County Court, Woodward County;*
    *Clyde H. Wyand, Judge.*

Action by Frank Fithen and another against George Ruark. From the judgment, Ruark brings error. Reversed.

*Charles R. Alexander,* for plaintiff in error.

*Appleget & Herod,* for defendants in error.

Opinion by HOOKER, C.  The petition in error with the case-made attached was filed in this court on June 15, 1915.  The plaintiff in error duly filed his brief, but the defendants in error have not filed any brief, nor offered any excuse for their failure so to do.  We will therefore apply the rule of this court, that where the brief of the plaintiff in error reasonably appears to support the assignments of error this court will not search the record to ascertain some possible theory upon which the case may be affirmed, but if the assignments of error appear to be reasonably supported by the record, the case will be reversed. See *First National Bank of Maysville v. J. H. Price, ante,* p. 498, 157 Pac. 339.

The judgment appealed from is reversed and this cause is remanded to the county court of Woodward county, for a new trial.

By the Court:  It is so ordered.